E-FILED
Wednesday, 04 February, 2026  09:03:23 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| SHELONDRA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-1032 |
| | ) | |
| DANVILLE DEVELOPMENT LLC., | ) | |
| d/b/a GOLDEN NUGGET DANVILLE, | ) | |
| | ) | **JURY TRIAL** |
| Defendant. | ) | **DEMANDED** |
| | ) | |

### REPORT OF RULE 26(f) PLANNING MEETING

NOW COMES Plaintiff, Ms. Shelondra Williams, represented by Ronald S. Langacker of Langacker Law, and Defendant, Danville Development, LLC. d/b/a Golden Nugget Danville, represented by Katrina Y. Morgan of Jackson Lewis, and pursuant to Federal Rules of Procedure 26, counsel for the parties conferred for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed:

1.      Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by March 27, 2026.

2.      The deadline for amendment of pleadings and joining additional parties is April 23, 2026.

3.      Plaintiff shall disclose experts, provide expert reports, and have experts available for deposition by July 10, 2026.

4.      Defendants shall disclose experts, provide expert reports, and have experts available for deposition by September 4, 2026.

5.      Discovery shall be modified as follows: No modifications at this time.

1

6.      All discovery, including depositions is to be completed on or before November 20, 2026.

7.      The deadline for filing case dispositive motions shall be January 11, 2026.

8.      Regarding the disclosure and discovery of electronically stored information, upon agreement on appropriate dates, custodians and search terms, the parties hereto agree that such materials shall be produced by exporting files from the format in which they are retained in the ordinary course of business to a .pdf format, if such conversion is reasonably possible.

| | |
|---|---|
| SHELONDRA WILLIAMS, <br> Plaintiff | DANVILLE DEVELOPMENT d/b/a <br> GOLDEN NUGGET <br> Defendant |
| */s/ Ronald S. Langacker (with consent)* <br> Ronald S. Langacker <br> Langacker Law, Ltd. <br> 210 N. Broadway Ave. <br> Urbana, Illinois 61801 <br> (217) 954-1025 <br> ron@langackerlaw.com | */s/ Katrina Y. Morgan* <br> Katrina Y. Morgan <br> Jackson Lewis <br> 1 N. Brentwood Blvd., Suite 1150 <br> St. Louis, Missouri 63105 <br> (314) 827-3939 <br> Katrina.morgan@jacksonlewis.com |

## **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before

_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before

_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before

_____ on _____.

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **SHELONDRA WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-1032** |
| | ) | |
| **DANVILLE DEVELOPMENT LLC.,** | ) | |
| **d/b/a GOLDEN NUGGET DANVILLE,** | ) | |
| | ) | **JURY TRIAL** |
| **Defendant.** | ) | **DEMANDED** |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on February 4, 2026, she electronically filed the foregoing **Report of Rule 26(f) Planning Meeting** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ronald S. Langacker
LANGACKER LAW, LTD.
210 N. Broadway Avenue
Urbana, Illinois 61801
ron@langackerlaw.com

*Attorneys for Plaintiff*

*/s/ Katrina Y. Morgan*

4921-5164-1997, v. 1

3